# United States District Court
## District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | WARRANT FOR ARREST |
| v. | : | 05 - 0394M - 01 |
| RICKEY COBLE | : | Magistrate No. 05-2058-(JBR)  FILED |

To: The United States Marshal
or any Authorized United States Officer

JUL 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest RICKEY COBLE and bring him forth to the nearest magistrate judge to answer a(n)

__ Indictment    __ Information    X Complaint    __ Order of court    __ Violation Notice    __ Probation Violation Petition

charging him with

Escape from the custody of the Attorney General

in violation of Title 18, United States Code, Sections 751(a) and 4082.

HONORABLE JOEL B. ROSEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

June 20, 2005, at Camden, NJ
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received  7/8/05 | Name and Title of Arresting Officer  Robert T. Hoffmaster  Deputy U.S. Marshal | Signature of Arresting Officer  Robert T. Hoffmaster |
|---|---|---|
| Date of Arrest  7/11/05 | | |