UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-mj-394** |
| | : | |
| **v** | : | |
| | : | |
| **RICKY COBLE** | : | |

## NOTICE OF SUBSTITUTION OF COUNSELAND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov. Ms. Connelly will replace AUSA Robert Feitel in this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

_____
Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Dani Jahn, this 7th day of March, 2006.

_____
Catherine Connelly
Assistant United States Attorney