# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
### CAMDEN OFFICE

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101



WILLIAM T. WALSH
CLERK

March 23, 2006

**FILED**

MAR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington, Clerk
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2001-2802

Re: United States of America  VS.  RICKEY COBLE
    Criminal 05-868-RBK

Dear Clerk:

As per the instructions of Sara, Legal Assistant of Katherine Connolly, AUSA, I am re-sending the following documents to your Court.

Certified Copy of Consent to transfer of Case for Plea and Sentence (Under Rule 20)
Certified Copy of Information
Certified Copy of Criminal Complaint

If you have any questions please do not hesitate to contact me.

Very truly yours,

WILLIAM T. WALSH,
Clerk

by: Luz E. Castro
    Deputy Clerk

cc: Katherine Connolly, Ausa
    file



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
#### CAMDEN OFFICE

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

WILLIAM T. WALSH

CLERK

December 8, 2005

Nancy Mayer-Whittington, Clerk
United States District Court
District of District of Columbia
1834 E. Barrett Prettyman
United States Court House
333 Constitution Avenue, N.W.
Washington, DC  20001-2802

Re:  United States of America vs. RICKEY COBLE
Criminal 05-868-RBK

Dear Clerk:

    We herewith enclose certified copies of Consent to transfer of case for Plea and Sentence (Under Rule 20), information, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 20 transfer.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

WILLIAM T. WALSH, CLERK

by: _____
Luz E. Castro,
Deputy Clerk

cc:  Renee M. Bumb, AUSA
     file

**United States District Court**
*District of New Jersey*

United States of America    :    Criminal No. 05- 868-RBK

v.    :

RICKEY COBLE    :

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, RICKEY COBLE, defendant, have been informed that an INFORMATION is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia in which I am held, and to waive trial in the above-captioned District.

Dated:

_____
RICKEY COBLE

_____
(Witness)

_____
DANI JAHN, Esq.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
By _____
Deputy Clerk

Approved:

_____
Kenneth L. Wainstein
United States Attorney for the
District of Columbia

_____
United States Attorney for the
District of New Jersey

rmb/2005R00832

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No. 05- 868-RBK |
| : | |
| RICKEY COBLE : | 18 U.S.C. §§ 751 and 4082(a) |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about June 15, 2005, at Fairton, in the District of New Jersey, and elsewhere, the defendant

RICKEY COBLE,

an inmate in the custody of the Attorney General of the United States and his authorized representative, and having wilfully failed to return within the time prescribed to an institution and facility designated by the Attorney General, did knowingly and willfully escape from such custody.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.

_____, Clerk
United States District Court
District of New Jersey
By: _____
           Deputy Clerk

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| RICKEY COBLE | : | Magistrate No. 05 -2058 (JBR) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deputy with the United States Marshal's Service, and that this complaint is based upon the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

KEVIN MERRIGAN, Deputy
United States Marshal's Service

Sworn to before me and subscribed in my presence,

June 20, 2005, at Camden, New Jersey

Honorable Joel B. Rosen
United States Magistrate Judge                    Signature of Judicial Officer

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

Deputy Clerk

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: _____
Assistant United States Attorney Renée M. Bumb

Date: June 20, 2005

## ATTACHMENT A

On or about June 15, 2005, at Fairton, in the District of New Jersey, and elsewhere, and the defendant

### RICKEY COBLE,

being an inmate in the custody of the Attorney General of the United States for confinement on the conviction of a felony offense, did knowingly and wilfully escape from said custody by failing to return or report in the time prescribed to the designated institution.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

## ATTACHMENT B

1. I, Kevin Merrigan, am a Deputy with the United States Marshal's Service and have been so employed for approximately 19 years. Part of my duties include the investigation, tracking and apprehension of prisoners who have escaped from federal penal institutions.

2. On or about June 16, 2005, I was advised by Susan Robinson, Inmate Systems Manager at the Federal Correctional Institution at Fairton, New Jersey, that inmate RICKEY COBLE, Registration                   was placed on escape status as of 9:44 a.m. EST. on June 16, 2005. COBLE was in custody for a Violation of Supervised Release. His original conviction was for Distribution of Heroin and Escape.

3. At approximately 9:55 a.m. on June 15, 2005, COBLE was placed on furlough status for his change in custody status from FCI Fairton to a halfway house at Bannum Community Corrections Center, 2210 Adams Place, NE, Washington, DC 20018. COBLE was to report at the halfway house by 5:15 p.m. on June 15, 2005. As of 9:44 a.m. EST on June 16, 2005, COBLE has failed to report at Bannum Community Corrections Center.

4. COBLE's travel schedule established by the Federal Bureau of Prisons (BOP) was that he left FCI Fairton at approximately 9:55 a.m. on June 15, 2005 via bus and taxi en route for Bannum Community Corrections Center, 2210 Adams Place, NE, Washington, DC 20018. COBLE was to arrive at the halfway house no later than 5:15 p.m. on June 15, 2005.

5. I have been advised by personnel at FCI Fairton that they have confirmed with the Bannum Community Corrections Center that the defendant COBLE failed to report as directed on June 15, 2005.

6. A review of the U.S. Parole Commission Warrant and Petition and other relevant records show the following:

a. Defendant RICKEY COBLE was convicted in the District of Columbia on 3/22/2002 for Distribution of Heroin and Escape. He was sentenced to 30 months custody and 5 years supervised release. The offender was Paroled on November 14, 2003. A Violation of Federal Parole Warrant for the offender was issued on July 2, 2004 and he was subsequently arrested on this Parole Warrant on July 15, 2004.

b. Defendant RICKEY COBLE, has a termination of supervision date of November 13, 2008.