RULE 20 A
Category A
Plea to Information
Rule 20 from: NJ

**RULE 20**

United States District Court
District of New Jersey

CRM 06-110
Mag 05-394

United States of America      :    Criminal No. 05- 868-RBK

v.                            :

RICKEY COBLE                  :

                                   **FILED**

Consent to Transfer of Case
for Plea and Sentence              APR 27 2006
(Under Rule 20)
                                   NANCY MAYER WHITTINGTON, CLERK
                                   U.S. DISTRICT COURT

I, RICKEY COBLE, defendant, have been informed that an INFORMATION is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia in which I am held, and to waive trial in the above-captioned District.

Dated:

_____
RICKEY COBLE

_____
(Witness)

_____
DANI JAHN, Esq.

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office.
ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey
by _____
        Deputy Clerk

Approved:

_____      _____
United States Attorney for the       United States Attorney for the
District of Columbia                 District of New Jersey