FORM OBD-101   Formerly USA-18
8-27-74

**RULE 20 — TRANSFER NOTICE**

| TO: Kenneth L. Wainstein<br>United States Attorney<br>District of Columbia | DISTRICT<br>District of Columbia | DATE<br>APR 27 2006 |
|---|---|---|
| NAME OF SUBJECT<br>Rickey Coble | STATUTE VIOLATED<br>18 USC 751 and 4082(a) | FILE DATA (Initials and Number) |

## PART A—DISTRICT OF ARREST

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[ ] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

[ ] Other (Specify):

**FILED**
APR 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[ ] The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA    DATE OF SENTENCE    SENTENCE

| FROM (Signature and Title)<br>Catherine Connelly, Assistant U.S. Attorney | ADDRESS<br>555 4th Street, N.W.<br>Washington, D.C. 20530 |
|---|---|

## PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
   on _____ at _____ o'clock.
   (Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information. Docket No. CR-05-868-RBK

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

RULE 20
Category A
Plea to Information
Rule 20 from: NJ

| SIGNATURE (Name and Title)<br>Christopher J. Christie<br>Assistant United States Attorney | DISTRICT<br>District of New Jersey | DATE<br>6/20/05 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11–16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

DOJ