RULE 20
Category A
Plea to Information
Rule 20 from:

rmb/2005R00832

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crm 06-110
Mag 05-394

UNITED STATES OF AMERICA     :

v.                           :   Criminal No. 05- 868-RBK
                             :
RICKEY COBLE                 :   18 U.S.C. §§ 751 and 4082(a)

INFORMATION

APR 27 2006

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about June 15, 2005, at Fairton, in the District of New Jersey, and elsewhere, the defendant

RICKEY COBLE,

an inmate in the custody of the Attorney General of the United States and his authorized representative, and having wilfully failed to return within the time prescribed to an institution and facility designated by the Attorney General, did knowingly and willfully escape from such custody.

In violation of Title 18, United States Code, Sections 751(a) and 4082(a).

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

CHRISTOPHER J. CHRISTIE
United States Attorney