UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| | ) | CR. No. 06-110 (ESH/AK) |
| RICKY COBLE, | ) | |
| Defendant. | ) | |
| | ) | |

REPORT AND RECOMMENDATION

FILED

MAY 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to a one count information, alleging a violation of 21 U.S.C. §§751(a) and 4082(a), charging the Defendant with Escape from the Custody of the Attorney General of the United States.

### Hearing on Plea

The Defendant, Ricky Coble, came before the Court on May 1, 2006, represented by counsel, Dani Jahn. The Government was represented by Assistant United States Attorney Catherine Connelly. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Coble under oath and ascertained that he was competent to enter a plea to the one count information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should be considered by the sentencing court. The Defendant acknowledged that he wished to waive his

right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt. Defendant acknowledged that he was waiving his constitutional right not to incriminate himself. The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case. Defendant acknowledged that he escaped form the custody of the Attorney General of the United States at FCI Fairton, Fairton, New Jersey.

The Court found, after advising the Defendant of his rights, Mr. Coble's plea of guilty to the one count information was voluntarily and knowingly made and that his admission of guilt encompassed each of the elements of the offense charged in the one count information.

### Recommendation

_____The undersigned recommends that the trial court accept Mr. Coble's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Coble, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea. Following the entry of the plea of guilty, the Court directed that the Defendant be continued held. Defendant will be sentenced by the Honorable Ellen Segal Huvelle on July 27, 2006, at 9:30 a.m., in courtroom 18.

May 1, 2006                                         _____/s/_____
                                                    ALAN KAY
                                                    UNITED STATES MAGISTRATE JUDGE