HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-06-0110-01 |
|---|---|---|
| vs. | : | SSN: |
| Coble, Ricky | : | Disclosure Date: June 23, 2006 |

**FILED**
JUL 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                                                                  **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)
    (✓) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Ricky Coble_ 7/6/06        _Tanwi Jahn_ 7/6/06
**Defendant**       **Date**        **Defense Counsel**        **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 7, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
     United States Probation Officer

| | |
|---|---|
| To: | Sherry Brandon |
| Fax#: | 273-0242 |
| Re: | PSR Response - U.S. v. Rickey Coble |
| Date: | July 5, 2006 |
| Pages: | 2, including this cover sheet. |

# FACSIMILE

From the desk of...

**Dani Jahn**
Assistant Federal Public Defender
Federal Public Defender - Washington, D.C.
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

202/208-7500
Fax: 202/501-3829

## CONFIDENTIALITY NOTE

*The documents accompanying this telefax contain information from the FEDERAL PUBLIC DEFENDER, DISTRICT OF COLUMBIA, which is confidential or privileged. The information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any copying, disclosure, distribution or use of the contents of this telecopied information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.*